UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL UTAH,

                         Plaintiff,

          -against-

SHOPRITE COPERATION,

                         Defendants.

19-CV-10779 (CM)

CIVIL JUDGMENT

      Pursuant to the order issued December 11, 2019, dismissing this action,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 11, 2019
           New York, New York

                                                  COLLEEN McMAHON
                                                Chief United States District Judge